# EXHIBIT 3


© 2015 David Oppenheimer

performanceimpressions.com/gallery/chicago-aerial-and-travel-photography/soldier-field-stadium-in-chi...

Incognito

MENU SEARCH PERFORMANCE IMPRESSIONS® SHOP PHOTO PRINTS

HOME / TRAVEL/AERIALS / CHICAGO AERIAL AND TRAVEL PHOTOGRAPHY

# Soldier Field Stadium in Chicago Aerial Photo




Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - https://performanceimpressions.com

© 2015 David Oppenheimer

EXPLORE MORE:

Chicago Illinois

WATCH SLIDESHOW

VIEW FULL GALLERY

LICENSE THIS IMAGE

BUY THIS PRINT

…TO DETAILS

57°F Rain Search 11:33 AM 9/30/2026

flickr.com/photos/livemusicphotography/20663878136

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups

Log In Sign Up

Back to photostream




David Oppenh...
PRO David Op...

Follow

**Soldier Field Stadium in Chicago Aerial Photo**

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments

Uploaded on August 19, 2015

Taken on July 2, 2015

Nikon D4S

14.0 mm f/2.8

Show settings

South Loop, Chicago, Illinois




## Comments (0)

This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

64°F
Mostly cloudy

Search

1:18 AM
9/30/2026

flickr.com/photos/livemusicphotography/20663878136

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups

Log In Sign Up

Back to photostream



Camera settings

Nikon D4S

14.0 mm f/2.8

ƒ/5.6 | 14.0 mm

1/640 | ISO 400

Flash (off, did not fire) | Hide EXIF

Compression - JPEG (old-style)

Image Description - Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - http://www.performanceimpressions.com

Make - NIKON CORPORATION

Orientation - Horizontal (normal)

X-Resolution - 300 dpi

Y-Resolution - 300 dpi

Software - Adobe Photoshop CC 2015 (Windows)

Date and Time (Modified) - 2015:08:17 16:12:38

Artist - David G. Oppenheimer

YCbCr Positioning - Centered

Copyright - © 2015 David Oppenheimer

ISO Speed - 400

Sensitivity Type - Recommended Exposure Index

Exif Version - 0230

Date and Time (Original) - 2015:07:02 09:47:37

Date and Time (Digitized) - 2015:07:02 09:47:37

Components Configuration - Y, Cb, Cr, -

Exposure Bias - 0 EV

Max Aperture Value - 2.8

Metering Mode - Multi-segment

Light Source - Unknown




Comments (0)

David Oppenh...

PRO David Op...

Follow

Soldier Field Stadium in Chicago Aerial Photo

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments

Uploaded on August 19, 2015

Taken on July 2, 2015

Nikon D4S

14.0 mm f/2.8

Show settings

South Loop, Chicago, Illinois




This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

64°F
Mostly cloudy

Search

1:19 AM
9/30/2026

flickr.com/photos/livemusicphotography/20663878136

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups

Log In Sign Up

Back to photostream



## Camera settings

Sub Sec Time Digitized - 79
Color Space - Uncalibrated
Focal Plane X-Resolution - 1368.888889
Focal Plane Y-Resolution - 1368.888889
Focal Plane Resolution Unit - cm
Sensing Method - One-chip color area
File Source - Digital Camera
Scene Type - Directly photographed
CFAPattern - [Red,Green][Green,Blue]
Custom Rendered - Normal
Exposure Mode - Manual
White Balance - Auto
Digital Zoom Ratio - 1
Focal Length (35mm format) - 14 mm
Scene Capture Type - Standard
Gain Control - Low gain up
Contrast - Normal
Saturation - Normal
Sharpness - Normal
Subject Distance Range - Unknown
Lens Info - 14mm f/2.8
Lens Model - 14.0 mm f/2.8
GPS Version ID - 2.3.0.0
GPS Latitude Ref - North
GPS Latitude - 41 deg 51' 33.98"
GPS Longitude Ref - West
GPS Longitude - 87 deg 37' 1.96"
GPS Altitude Ref - Above Sea Level
GPS Altitude - 413 m
GPS Time Stamp - 15:47:38
GPS Satellites - 06




Comments (0)

David Oppenh...
PRO David Op...
Follow

**Soldier Field Stadium in Chicago Aerial Photo**

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments
Uploaded on August 19, 2015
Taken on July 2, 2015

Nikon D4S
14.0 mm f/2.8
Show settings

South Loop, Chicago, Illinois




This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

64°F Mostly cloudy Search 1:19 AM 9/30/2026

flickr.com/photos/livemusicphotography/20663878136

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups

Log In Sign Up

Back to photostream



Camera settings

GPS Satellites - 06
GPS Map Datum - WGS 84
GPS Date Stamp - 2015:07:02
Coded Character Set - UTF8
Envelope Record Version - 4
Application Record Version - 4
Object Name - Soldier Field Stadium in Chicago Aerial Photo
Keywords - Soldier Field
Special Instructions - No unauthorized use without a written license from David Oppenheimer or Performance Impressions LLC.
Date Created - 2015:02:07
Time Created - 00:00:00+00:00
Digital Creation Date - 2015:07:02
By-line - David G. Oppenheimer
By-line Title - Photographer
City - Chicago
Sub-location - Soldier Field
Province- State - Illinois
Country- Primary Location Code - USA
Country- Primary Location Name - United States
Original Transmission Reference - Soldier Field, stadium, Chicago,
Headline - Soldier Field Stadium and Chicago Skyline Aerial Photo
Credit - David Oppenheimer
Source - Performance Impressions
Copyright Notice - © 2015 David Oppenheimer
Caption- Abstract - Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - http://www.performanceimpressions.com
Writer- Editor - David Oppenheimer
Copyright Flag - True
URL - http://www.performanceimpressions.com/
Global Angle - 30




Comments (0)

David Oppenh...
PRO David Op...
Follow

Soldier Field Stadium in Chicago Aerial Photo

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments
Uploaded on August 19, 2015
Taken on July 2, 2015

Nikon D4S
14.0 mm f/2.8
Show settings

South Loop, Chicago, Illinois




This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

64°F Mostly cloudy
Search
1:20 AM 9/30/2026

flickr.com/photos/livemusicphotography/20663878136

flickr Explore MODE Get Pro Photos, people, or groups Log In Sign Up

Back to photostream



Camera settings

Location - Soldier Field
Scene - 011200
Subject Code - 01002000
Approximate Focus Distance - infinity
Distortion Correction Already Applied - True
Image Number - 20178
Lens ID - 107
Vignette Correction Already Applied - True
Creator - David G. Oppenheimer
Description - Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - http://www.performanceimpressions.com
Format - image/jpeg
Rights - © 2015 David Oppenheimer
Subject - Soldier Field
Title - Soldier Field Stadium in Chicago Aerial Photo
Serial Number - 2002853
Lens Info - 14mm f/2.8
Authors Position - Photographer
Caption Writer - David Oppenheimer
City - Chicago
Color Mode - RGB
Country - United States
Credit - David Oppenheimer
Headline - Soldier Field Stadium and Chicago Skyline Aerial Photo
ICCProfile Name - Adobe RGB (1998)
Instructions - No unauthorized use without a written license from David Oppenheimer or Performance Impressions LLC.
Source - Performance Impressions
State - Illinois
Transmission Reference - Soldier Field, stadium, Chicago, Chicago aerial, Chicago aerial photo, aerial, photography, Cook County, downtown, cityscape, Lake Michigan, architecture, 1-2586728542, tickets, arena, show, concert, game




David Oppenh... PRO David Op... Follow

Soldier Field Stadium in Chicago Aerial Photo

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments
Uploaded on August 19, 2015
Taken on July 2, 2015

Nikon D4S
14.0 mm f/2.8
Show settings

South Loop, Chicago, Illinois

Comments (0)

This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

Flood outlook In effect Search 1:20 AM 9/30/2026

flickr.com/photos/livemusicphotography/20663878136

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups

Log In Sign Up

Back to photostream






## Camera settings

ICCProfile Name - Adobe RGB (1998)

Instructions - No unauthorized use without a written license from David Oppenheimer or Performance Impressions LLC.

Source - Performance Impressions

State - Illinois

Transmission Reference - Soldier Field, stadium, Chicago, Chicago aerial, Chicago aerial photo, aerial, photography, Cook County, downtown, cityscape, Lake Michigan, architecture, 1-2586728542, tickets, arena, show, concert, game, Chicago Bears, city, 2015, July, 410 S Museum Campus Drive, Chicago Park District, Municipal Grant Park Stadium, Soldier Field aerial, Grateful Dead, football stadium, Gold Star Families Park & Memorial, skyline,

Creator Tool - Adobe Photoshop CC 2015 (Windows)

Metadata Date - 2015:08:17 16:12:38-04:00

Rating - 0

Derived From Document ID - xmp.did:46513210-6108-f743-9c91-64c24410626c

Derived From Instance ID - xmp.iid:46513210-6108-f743-9c91-64c24410626c

Derived From Original Document ID - C043E33A5B9ABC03CEC0663D301E832F

Document ID - adobe:docid:photoshop:412ca0d9-451c-11e5-aa83-8a9aaabdb31c

Instance ID - xmp.iid:d9f7e2db-e92e-bc40-af22-0ea8cd76fb68

Original Document ID - C043E33A5B9ABC03CEC0663D301E832F

Marked - True

Usage Terms - All Rights Reserved - No use permitted without a written license from David Oppenheimer or Performance Impressions LLC

Web Statement - http://www.performanceimpressions.com/

Camera ID - 72157629119492537

Camera Type - Digital SLR




South Loop, Chicago, Illinois

Comments (0)

David Oppenh...

PRO David Op...

Follow

**Soldier Field Stadium in Chicago Aerial Photo**

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments

Uploaded on August 19, 2015

Taken on July 2, 2015

Nikon D4S

14.0 mm f/2.8

Show settings

South Loop, Chicago, Illinois




This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

Flood outlook
In effect

Search

1:21 AM
9/30/2026