# EXHIBIT 4

MARKETS

# ENTERTAINMENT & HOSPITALITY




Licensed in Illinois, Wisconsin, Iowa, Indiana Ohio and Kansas



(872) 222-8141 | info@vadernational.com
145 Eastern Ave, Bellwood, IL 60104


© 2015 David Oppenheimer

Captured at: 03/16/2026 01:57 PM



URL: https://images.squarespace-cdn.com/content/v1/58de3355d1758e1908ebd000/1490974796915-OBDZVN20D7653662OA1F/HOS+1.jpg

