AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 26cv12101 | DATE FILED 10/1/2026 | Northern District Eastern Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| Oppenheimer | Vader National Electric LLC et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. BRUTON | NF | 10/2/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT 1

**Registration #:** VAu001229868
**Service Request #:** 1-2586728542

Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814 United States

*0000VAU001229868 1201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-229-868**

**Effective Date of Registration:**
July 26, 2015

## Title

**Title of Work:** Chicago Travel and Aerial Photographs Including The Grateful Dead at Soldier Field

**Previous or Alternate Title:** Individual Unpublished Works

**Content Title:**
Shedd_Aquarium_Chicago_aerialdsc_0643.jpg;
Soldier_Field_Chicago_aerial_July_2_2015dsc_0629.jpg;
Soldier_Field_Chicago_aerialdsc_0631.jpg;
Soldier_Field_Chicago_aerialdsc_0672.jpg;
Soldier_Field_Chicago_aerialdsc_0674.jpg;
Soldier_Field_Grateful_Dead_sunset.jpg;
Sydney_R_Marovitz_Golf_Course_aerial_Chicagodsc_0962.jpg;
Sydney_R_Marovitz_Golf_Course_aerial_Chicagodsc_0969.jpg;
Sydney_R_Marovitz_Golf_Course_Chicago_aerialdsc_0992.jpg;
Sydney_R_Marovitz_Golf_Course_Chicago_aerialdsc_0997.jpg;
Tall_Ship_Windy_Chicago_dsc2144.jpg;
The_Chandler_Condominium_Chicago_aerialdsc_0773.jpg;

Harbor_Point_Condominium_Chicago_aerialdsc_0766.jpg;
Jackson_Park_Chicago_aerialdsc_0496.jpg;
Jackson_Park_Chicago_aerialdsc_0501.jpg;
Jackson_Park_Chicago_aerialdsc_0520.jpg;
Jardine_Water_Filtration_Plant_Chicago_aerialdsc_0858.jpg;
Kevin_Wendy_Soldier_Field.jpg;
Lincoln_Park_Conservatory_aerial_Chicagodsc_0941.jpg;
Lincoln_Park_Zoo_aerial_Chicagodsc_0937.jpg;
Maggie_Daley_Parkimg_20150702_163159236_hdr.jpg;
Montrose_Beach_Chicago_aerialdsc_0978.jpg;
Museum_of_Science_and_Industry_Chicago_aerial_0464.jpg;
Museum_of_Science_and_Industry_Chicago_aerialdsc_0451.jpg;
Museum_of_Science_and_Industry_Chicago_aerialdsc_0459.jpg;
Museum_of_Science_and_Industry_Chicago_aerialdsc_0528.jpg;
Navy_Pier_Chicago_dsc2154.jpg;
North_Avenue_Beach_House_aerial_Chicagodsc_0909.jpg;
North_Avenue_Beach_House_aerial_Chicagodsc_0915.jpg;
North_Shore_Beach_aerial_Chicagodsc_0920.jpg;
Northerly_Island_Chicago_aerialdsc_0595.jpg;
Oakwood_Beach_Chicago_aerial_Burnham_Parkdsc_0559.jpg;
OHare_International_Airport_Emergency_Response_dsc3821.jpg;
Promontory_Point_Park_Chicago_aerialdsc_0535.jpg;
Rivercity_Condominiums_Chicago_aerialdsc_1139.jpg;
Seadog_Cruises_Chicago_dsc2138.jpg;
Shedd_Aquarium_Chicago_aerialdsc_0633.jpg;

H3bDSC_1383.jpg;
H3bDSC_1384.jpg;
H3bDSC_1385.jpg;
H3bDSC_1386.jpg;
H3bDSC_1390.jpg;
H3bDSC_1391.jpg;
H3bDSC_1396.jpg;
H3bDSC_1397.jpg;
H3bDSC_1400.jpg;
H3bDSC_1413.jpg;
H3bDSC_1414.jpg;
H3bDSC_1417.jpg;
H3bDSC_1419.jpg;
H3bDSC_1420.jpg;
H3bDSC_1422.jpg;
H3bDSC_1424.jpg;
H3bDSC_1425.jpg;
H3bDSC_1427.jpg;
H3bDSC_1428.jpg;
H3bDSC_1430.jpg;
H3bDSC_1431.jpg;
H3bDSC_1442.jpg;
H3bDSC_1444.jpg;
H3bDSC_1445.jpg;
H3bDSC_1447.jpg;
H3bDSC_1448.jpg;
H3bDSC_1449.jpg;
H3bDSC_1450.jpg;
H3bDSC_1452.jpg;
H3bDSC_1461.jpg;
H3bDSC_1470.jpg;
H3bDSC_1471.jpg;
H3bDSC_1474.jpg;
H3bDSC_1475.jpg;
H3bDSC_1479.jpg;
H3bDSC_1480.jpg;
H3bDSC_1482.jpg;
H3bDSC_1483.jpg;
H3bDSC_1484.jpg;
H3bDSC_1487.jpg;
H3bDSC_1489.jpg;
H3bDSC_1497.jpg;
H3bDSC_1500.jpg;
H3bDSC_1502.jpg;
H3bDSC_1508.jpg;
H3bDSC_1509.jpg;
H3bDSC_1510.jpg;
H3bDSC_1512.jpg;
H3bDSC_1513.jpg;
Harbor_Point_Condominium_Chicago_aerialdsc_0748.jpg;

H3aDSC_0957.jpg;
H3aDSC_0982.jpg;
H3aDSC_1000.jpg;
H3aDSC_1005.jpg;
H3aDSC_1031.jpg;
H3aDSC_1033.jpg;
H3aDSC_1035.jpg;

*0000VAU001229868I202*

H3aDSC_1037.jpg;
H3aDSC_1045.jpg;
H3aDSC_1047.jpg;
H3aDSC_1049.jpg;
H3aDSC_1053.jpg;
H3aDSC_1054.jpg;
H3aDSC_1059.jpg;
H3aDSC_1062.jpg;
H3aDSC_1067.jpg;
H3aDSC_1071.jpg;
H3aDSC_1074.jpg;
H3aDSC_1075.jpg;
H3aDSC_1077.jpg;
H3aDSC_1094.jpg;
H3aDSC_1097.jpg;
H3aDSC_1099.jpg;
H3aDSC_1105.jpg;
H3aDSC_1116.jpg;
H3aDSC_1123.jpg;
H3aDSC_1135.jpg;
H3aDSC_1138.jpg;
H3aDSC_1141.jpg;
H3aDSC_1143.jpg;
H3aDSC_1144.jpg;
H3aDSC_1148.jpg;
H3aDSC_1153.jpg;
H3aDSC_1154.jpg;
H3aDSC_1156.jpg;
H3aDSC_1159.jpg;
H3aDSC_1165.jpg;
H3aDSC_1178.jpg;
H3aDSC_1182.jpg;
H3aDSC_1198.jpg;
H3bDSC_1199.jpg;
H3bDSC_1205.jpg;
H3bDSC_1206.jpg;
H3bDSC_1210.jpg;
H3bDSC_1212.jpg;
H3bDSC_1214.jpg;
H3bDSC_1215.jpg;
H3bDSC_1218.jpg;
H3bDSC_1224.jpg;
H3bDSC_1225.jpg;
H3bDSC_1227.jpg;
H3bDSC_1228.jpg;
H3bDSC_1239.jpg;
H3bDSC_1242.jpg;
H3bDSC_1243.jpg;
H3bDSC_1244.jpg;
H3bDSC_1245.jpg;
H3bDSC_1250.jpg;
H3bDSC_1262.jpg;
H3bDSC_1265.jpg;
H3bDSC_1266.jpg;
H3bDSC_1267.jpg;
H3bDSC_1268.jpg;
H3bDSC_1275.jpg;
H3bDSC_1277.jpg;

H3bDSC_1281.jpg;
H3bDSC_1283.jpg;
H3bDSC_1292.jpg;
H3bDSC_1295.jpg;
H3bDSC_1303.jpg;
H3bDSC_1326.jpg;
H3bDSC_1334.jpg;
H3bDSC_1340.jpg;
H3bDSC_1343.jpg;
H3bDSC_1348.jpg;

H3aDSC_0437.jpg;
H3aDSC_0476.jpg;
H3aDSC_0478.jpg;
H3aDSC_0482.jpg;
H3aDSC_0486.jpg;
H3aDSC_0489.jpg;
H3aDSC_0492.jpg;
H3aDSC_0495.jpg;
H3aDSC_0506.jpg;
H3aDSC_0511.jpg;
H3aDSC_0515.jpg;
H3aDSC_0523.jpg;
H3aDSC_0527.jpg;
H3aDSC_0531.jpg;
H3aDSC_0540.jpg;
H3aDSC_0546.jpg;
H3aDSC_0547.jpg;
H3aDSC_0577.jpg;
H3aDSC_0583.jpg;
H3aDSC_0588.jpg;
H3aDSC_0593.jpg;
H3aDSC_0602.jpg;
H3aDSC_0608.jpg;
H3aDSC_0617.jpg;
H3aDSC_0620.jpg;
H3aDSC_0630.jpg;
H3aDSC_0647.jpg;
H3aDSC_0654.jpg;
H3aDSC_0655.jpg;
H3aDSC_0656.jpg;
H3aDSC_0659.jpg;
H3aDSC_0660.jpg;
H3aDSC_0661.jpg;
H3aDSC_0662.jpg;
H3aDSC_0666.jpg;
H3aDSC_0673.jpg;
H3aDSC_0697.jpg;
H3aDSC_0709.jpg;
H3aDSC_0715.jpg;
H3aDSC_0722.jpg;
H3aDSC_0725.jpg;
H3aDSC_0728.jpg;
H3aDSC_0733.jpg;
H3aDSC_0745.jpg;
H3aDSC_0746.jpg;
H3aDSC_0747.jpg;
H3aDSC_0756.jpg;

*0000VAU0012298681203*

H3aDSC_0767.jpg;
H3aDSC_0775.jpg;
H3aDSC_0784.jpg;
H3aDSC_0789.jpg;
H3aDSC_0790.jpg;
H3aDSC_0792.jpg;
H3aDSC_0796.jpg;
H3aDSC_0797.jpg;
H3aDSC_0800.jpg;
H3aDSC_0802.jpg;
H3aDSC_0804.jpg;
H3aDSC_0810.jpg;
H3aDSC_0811.jpg;
H3aDSC_0817.jpg;
H3aDSC_0823.jpg;
H3aDSC_0826.jpg;
H3aDSC_0847.jpg;
H3aDSC_0851.jpg;
H3aDSC_0854.jpg;
H3aDSC_0861.jpg;
H3aDSC_0875.jpg;
H3aDSC_0876.jpg;
H3aDSC_0889.jpg;
H3aDSC_0890.jpg;
H3aDSC_0902.jpg;
H3aDSC_0905.jpg;
H3aDSC_0910.jpg;
H3aDSC_0928.jpg;

Grateful_Dead_Soldier_Field_Juily3dsc_1918.jpg;
Grateful_Dead_Soldier_Field_July_3dsc_1927.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2421.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2437.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2476.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2483.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2502.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2513.jpg;
H3aDSC_0365.jpg;
H3aDSC_0366.jpg;
H3aDSC_0367.jpg;
H3aDSC_0369.jpg;
H3aDSC_0374.jpg;
H3aDSC_0375.jpg;
H3aDSC_0378.jpg;
H3aDSC_0379.jpg;
H3aDSC_0382.jpg;
H3aDSC_0386.jpg;
H3aDSC_0389.jpg;
H3aDSC_0396.jpg;
H3aDSC_0399.jpg;
H3aDSC_0401.jpg;
H3aDSC_0406.jpg;
H3aDSC_0417.jpg;
H3aDSC_0424.jpg;

Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3084.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3335.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3337.jpg;

Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3430.jpg;
Grateful_Dead_Soldier_Field_Chicago_dsc2209.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2216.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2228.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2250.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2263.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2308.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2493.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2530.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2550.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_5_dsc2612.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1801.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1804.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1814.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1822.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1854.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1896.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1897.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1899.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1901.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1903.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1911.jpg;

Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1919.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1935.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1937.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1939.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1944.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1954.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1987.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2020.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2024.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2028.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2044.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2055.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2059.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2065.jpg;
Grateful_Dead_Chicagodsc_1710.jpg;
Grateful_Dead_Chicagodsc_1715.jpg;
Grateful_Dead_Chicagodsc_1744.jpg;
Grateful_Dead_Chicagodsc_1763.jpg;
Grateful_Dead_Soldier_Field_aerial_July_2_2015_dsc_0397.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc2924.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc2962.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc2973.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc2999.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3028.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3056.jpg;

FU2DSC_0286.jpg;
FU2DSC_0288.jpg;
FU2DSC_0289.jpg;
FU2DSC_0291.jpg;
FU2DSC_0292.jpg;
FU2DSC_0294.jpg;
FU2DSC_0302.jpg;
FU2DSC_0303.jpg;
FU2DSC_0306.jpg;

*0000VAU001229868 1204*

FU2DSC_0309.jpg;
FU2DSC_0317.jpg;
FU2DSC_0329.jpg;
FU2DSC_0339.jpg;
FU2DSC_0340.jpg;
FU2DSC_0353.jpg;
Graceland_Cemetery_Chicago_aerialdsc_1001.jpg;
Graceland_Cemetery_Chicago_aerialdsc_1010.jpg;
Grateful_Dead_Chicago_planedsc_1655.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1802.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1803.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1833.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1876.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1898.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1900.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1913.jpg;

Chicago_night_aerial_dsc3149.jpg;
Chicago_night_aerial_dsc3216.jpg;
Chicago_night_aerial_dsc3262.jpg;
Chicago_night_aerial_dsc3279.jpg;
Chicago_night_aerial_dsc3288.jpg;
Chicago_night_aerial_dsc3301.jpg;
Chicago_night_aerial_dsc3544.jpg;
Chicago_night_aerial_dsc3547.jpg;
Chicago_night_aerial_dsc3599.jpg;
Chicago_night_aerial_dsc3649.jpg;
Chicago_night_aerial_dsc3730.jpg;
Chicago_night_aerial_Grateful_Dead_dsc2915.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3044.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3071.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3094.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3405.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3408.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3425.jpg;
Chicago_park_lakefrontdsc_0425.jpg;
Chicago_railyard_aerialdsc_0315.jpg;
Chicago_railyard_aerialdsc_0316.jpg;
Chicago_Railyard_dsc3835.jpg;
Chicago_Railyard_dsc3837.jpg;
Chicago_railyarddsc_0268.jpg;
Chicago_skyline_aerialdsc_0730.jpg;
Chicago_skyline_aerialdsc_0805.jpg;
Chicago_skyline_night_aerial_dsc3210.jpg;
Chicago_skyline_night_aerial_dsc3281.jpg;
Chicago_skyscraperdsc_1642.jpg;
Direct_TV_Blimp_Chicago_dsc3390.jpg;
Diversey_Yacht_Club_aerial_Chicagodsc_0943.jpg;
Domain_Condominiums_900_N_Kingsbury_St_aerial_Chicagodsc_1101.jpg;
Dusable_Harbor_Chicago_aerialdsc_0754.jpg;
East_Hyde_Park_Chicago_aerialdsc_0470.jpg;
FH1_DSC3823.jpg;
FH1_DSC3832.jpg;
FH1_DSC3836.jpg;
FU2DSC_0217.jpg;
FU2DSC_0218.jpg;
FU2DSC_0232.jpg;
FU2DSC_0256.jpg;

FU2DSC_0257.jpg;
FU2DSC_0258.jpg;
FU2DSC_0271.jpg;
FU2DSC_0273.jpg;
FU2DSC_0274.jpg;
FU2DSC_0277.jpg;
FU2DSC_0279.jpg;
FU2DSC_0283.jpg;
FU2DSC_0285.jpg;

Chicago_DSC3814.jpg;
Chicago_DSC3817.jpg;
Chicago_Harbor_Lighthouse_aerialdsc_0828.jpg;
Chicago_Helicopter_Experience_aerialdsc_1491.jpg;
Chicago_Navy_Pier_aerialdsc_0776.jpg;
Chicago_Navy_Pier_aerialdsc_0780.jpg;
Chicago_Navy_Pier_aerialdsc_0783.jpg;
Chicago_Navy_Pier_skyline_aerialdsc_0848.jpg;
Chicago_night_aerial_dsc2643.jpg;
Chicago_night_aerial_dsc2660.jpg;
Chicago_night_aerial_dsc2667.jpg;
Chicago_night_aerial_dsc2696.jpg;
Chicago_night_aerial_dsc2723.jpg;
Chicago_night_aerial_dsc2733.jpg;
Chicago_night_aerial_dsc2766.jpg;
Chicago_night_aerial_dsc2790.jpg;
Chicago_night_aerial_dsc2811.jpg;
Chicago_night_aerial_dsc2835.jpg;
Chicago_night_aerial_dsc2840.jpg;
Chicago_night_aerial_dsc2849.jpg;
Chicago_night_aerial_dsc2851.jpg;
Chicago_night_aerial_dsc2869.jpg;
Chicago_night_aerial_dsc2876.jpg;
Chicago_night_aerial_dsc3118.jpg;
Chicago_night_aerial_dsc3131.jpg;

Chicago_DSC3684.jpg;
Chicago_DSC3693.jpg;
Chicago_DSC3694.jpg;
Chicago_DSC3695.jpg;
Chicago_DSC3696.jpg;
Chicago_DSC3699.jpg;
Chicago_DSC3700.jpg;
Chicago_DSC3701.jpg;
Chicago_DSC3702.jpg;
Chicago_DSC3703.jpg;
Chicago_DSC3704.jpg;
Chicago_DSC3705.jpg;
Chicago_DSC3706.jpg;
Chicago_DSC3707.jpg;
Chicago_DSC3709.jpg;
Chicago_DSC3711.jpg;
Chicago_DSC3713.jpg;
Chicago_DSC3714.jpg;
Chicago_DSC3715.jpg;
Chicago_DSC3719.jpg;
Chicago_DSC3720.jpg;
Chicago_DSC3722.jpg;

*0000VAU0012298681205*

Chicago_DSC3723.jpg;
Chicago_DSC3725.jpg;
Chicago_DSC3727.jpg;
Chicago_DSC3734.jpg;
Chicago_DSC3736.jpg;
Chicago_DSC3740.jpg;
Chicago_DSC3741.jpg;
Chicago_DSC3744.jpg;
Chicago_DSC3749.jpg;
Chicago_DSC3753.jpg;
Chicago_DSC3755.jpg;
Chicago_DSC3756.jpg;
Chicago_DSC3760.jpg;
Chicago_DSC3763.jpg;
Chicago_DSC3764.jpg;
Chicago_DSC3770.jpg;
Chicago_DSC3774.jpg;
Chicago_DSC3776.jpg;
Chicago_DSC3780.jpg;
Chicago_DSC3782.jpg;
Chicago_DSC3784.jpg;
Chicago_DSC3785.jpg;
Chicago_DSC3786.jpg;
Chicago_DSC3792.jpg;
Chicago_DSC3795.jpg;
Chicago_DSC3802.jpg;
Chicago_DSC3807.jpg;
Chicago_DSC3812.jpg;

Chicago_aerial_skylinedsc_0411.jpg;
Chicago_aerial_skylinedsc_0413.jpg;
Chicago_aerial_skylinedsc_0435.jpg;
Chicago_aerial_skylinedsc_0862.jpg;
Chicago_aerial_skylinedsc_1114.jpg;
Chicago_aerial_skylinedsc_1131.jpg;
Chicago_aerial_skylinedsc_1150.jpg;
Chicago_aerial_skylinedsc_1232.jpg;
Chicago_aerial_skylinedsc_1421.jpg;
Chicago_aerial_skylinedsc_1477.jpg;
Chicago_beach_Pier_31dsc_0415.jpg;
Chicago_city_night_aerial_dsc2803.jpg;
Chicago_city_night_aerial_dsc2826.jpg;
Chicago_Corinthian_Yacht_Club_aerialdsc_0970.jpg;
Chicago_Corinthian_Yacht_Club_aerialdsc_0977.jpg;
Chicago_DSC3601.jpg;
Chicago_DSC3602.jpg;
Chicago_DSC3603.jpg;
Chicago_DSC3604.jpg;
Chicago_DSC3605.jpg;
Chicago_DSC3606.jpg;
Chicago_DSC3607.jpg;
Chicago_DSC3608.jpg;
Chicago_DSC3609.jpg;
Chicago_DSC3610.jpg;
Chicago_DSC3611.jpg;
Chicago_DSC3612.jpg;
Chicago_DSC3613.jpg;
Chicago_DSC3614.jpg;

Chicago_DSC3615.jpg;
Chicago_DSC3616.jpg;
Chicago_DSC3617.jpg;
Chicago_DSC3618.jpg;
Chicago_DSC3619.jpg;
Chicago_DSC3620.jpg;
Chicago_DSC3621.jpg;
Chicago_DSC3622.jpg;
Chicago_DSC3623.jpg;
Chicago_DSC3624.jpg;
Chicago_DSC3625.jpg;
Chicago_DSC3626.jpg;
Chicago_DSC3627.jpg;
Chicago_DSC3628.jpg;
Chicago_DSC3629.jpg;
Chicago_DSC3630.jpg;
Chicago_DSC3632.jpg;
Chicago_DSC3633.jpg;
Chicago_DSC3634.jpg;
Chicago_DSC3635.jpg;
Chicago_DSC3636.jpg;
Chicago_DSC3637.jpg;
Chicago_DSC3638.jpg;
Chicago_DSC3640.jpg;
Chicago_DSC3643.jpg;
Chicago_DSC3646.jpg;
Chicago_DSC3651.jpg;
Chicago_DSC3652.jpg;
Chicago_DSC3653.jpg;
Chicago_DSC3655.jpg;
Chicago_DSC3656.jpg;
Chicago_DSC3659.jpg;
Chicago_DSC3663.jpg;
Chicago_DSC3666.jpg;
Chicago_DSC3667.jpg;
Chicago_DSC3668.jpg;
Chicago_DSC3669.jpg;
Chicago_DSC3671.jpg;
Chicago_DSC3673.jpg;
Chicago_DSC3674.jpg;
Chicago_DSC3675.jpg;
Chicago_DSC3676.jpg;
Chicago_DSC3678.jpg;
Chicago_DSC3679.jpg;
Chicago_DSC3680.jpg;
Chicago_DSC3683.jpg;

9a__DSC3460.jpg;
9a__DSC3461.jpg;
9a__DSC3467.jpg;
9a__DSC3475.jpg;
9a__DSC3479.jpg;
9a__DSC3487.jpg;
9a__DSC3488.jpg;
9a__DSC3493.jpg;
9a__DSC3494.jpg;
9a__DSC3506.jpg;
9a__DSC3512.jpg;

*0000VAU001229868120б*

9a__DSC3525.jpg;
9a__DSC3527.jpg;
9a__DSC3528.jpg;
9a__DSC3532.jpg;
9a__DSC3534.jpg;
9a__DSC3535.jpg;
9a__DSC3537.jpg;
9a__DSC3538.jpg;
9a__DSC3563.jpg;
9a__DSC3577.jpg;
9a__DSC3578.jpg;
9a__DSC3579.jpg;
9a__DSC3581.jpg;
9a__DSC3583.jpg;
9a__DSC3584.jpg;
9a__DSC3585.jpg;
9a__DSC3588.jpg;
9a__DSC3589.jpg;
9a__DSC3592.jpg;
9a__DSC3593.jpg;
9a_dsc2882.jpg;
31st_Street_Harbor_Landside_and_Marina_Chicago_aerialdsc_0572.jpg;
Adler_Planetarium_Chicago_aerialdsc_0624.jpg;
Adler_Planetarium_Chicago_aerialdsc_0639.jpg;
Aerial_Chicago_medsc_0885.jpg;
Aerial_Chicago_skylinedsc_0897.jpg;
American_Airlines_OHare_International_Airport_dsc3827.jpg;
American_Airlines_OHare_International_Airport_dsc3829.jpg;
Belmont_Harbor_aerial_Chicagodsc_0960.jpg;
Belmont_Yacht_Club_aerial_Chicagodsc_0948.jpg;
Belmont_Yacht_Club_aerial_Chicagodsc_0951.jpg;
Buckingham_Fountain_Chicago_aerialdsc_0737.jpg;
Buckingham_Fountain_Chicago_aerialdsc_0743.jpg;
Chicago_aerial_night_3631.jpg;
Chicago_aerial_skyline_Grant_Parkdsc_1174.jpg;
Chicago_aerial_skyline_Grant_Parkdsc_1177.jpg;
Chicago_aerial_skyline_Grant_Parkdsc_1184.jpg;
Chicago_aerial_skylinedsc_0383.jpg;
Chicago_aerial_skylinedsc_0398.jpg;

9a__DSC3261.jpg;
9a__DSC3267.jpg;
9a__DSC3269.jpg;
9a__DSC3271.jpg;
9a__DSC3272.jpg;
9a__DSC3275.jpg;
9a__DSC3276.jpg;
9a__DSC3278.jpg;
9a__DSC3280.jpg;
9a__DSC3282.jpg;
9a__DSC3291.jpg;
9a__DSC3292.jpg;
9a__DSC3293.jpg;
9a__DSC3297.jpg;
9a__DSC3298.jpg;
9a__DSC3299.jpg;
9a__DSC3302.jpg;
9a__DSC3303.jpg;

9a_DSC3304.jpg;
9a_DSC3305.jpg;
9a_DSC3307.jpg;
9a_DSC3308.jpg;
9a_DSC3310.jpg;
9a_DSC3321.jpg;
9a_DSC3322.jpg;
9a_DSC3323.jpg;
9a_DSC3327.jpg;
9a_DSC3328.jpg;
9a_DSC3331.jpg;
9a_DSC3336.jpg;
9a_DSC3338.jpg;
9a_DSC3342.jpg;
9a_DSC3344.jpg;
9a_DSC3347.jpg;
9a_DSC3348.jpg;
9a_DSC3350.jpg;
9a_DSC3353.jpg;
9a_DSC3355.jpg;
9a_DSC3357.jpg;
9a_DSC3359.jpg;
9a_DSC3362.jpg;
9a_DSC3366.jpg;
9a_DSC3367.jpg;
9a_DSC3368.jpg;
9a_DSC3370.jpg;
9a_DSC3374.jpg;
9a_DSC3382.jpg;
9a_DSC3391.jpg;
9a_DSC3392.jpg;
9a_DSC3393.jpg;
9a_DSC3394.jpg;
9a_DSC3395.jpg;
9a_DSC3396.jpg;
9a_DSC3397.jpg;
9a_DSC3398.jpg;
9a_DSC3399.jpg;
9a_DSC3400.jpg;
9a_DSC3401.jpg;
9a_DSC3402.jpg;
9a_DSC3403.jpg;
9a_DSC3404.jpg;
9a_DSC3410.jpg;
9a_DSC3411.jpg;
9a_DSC3412.jpg;
9a_DSC3416.jpg;
9a_DSC3417.jpg;
9a_DSC3422.jpg;
9a_DSC3423.jpg;
9a_DSC3427.jpg;
9a_DSC3436.jpg;
9a_DSC3438.jpg;
9a_DSC3439.jpg;
9a_DSC3453.jpg;
9a_DSC3454.jpg;
9a_DSC3455.jpg;

*0000VAU0012298681207*

9a_DSC3070.jpg;
9a_DSC3072.jpg;
9a_DSC3073.jpg;
9a_DSC3075.jpg;
9a_DSC3077.jpg;
9a_DSC3078.jpg;
9a_DSC3079.jpg;
9a_DSC3080.jpg;
9a_DSC3082.jpg;
9a_DSC3091.jpg;
9a_DSC3102.jpg;
9a_DSC3105.jpg;
9a_DSC3106.jpg;
9a_DSC3107.jpg;
9a_DSC3108.jpg;
9a_DSC3109.jpg;
9a_DSC3112.jpg;
9a_DSC3113.jpg;
9a_DSC3114.jpg;
9a_DSC3117.jpg;
9a_DSC3120.jpg;
9a_DSC3121.jpg;
9a_DSC3123.jpg;
9a_DSC3125.jpg;
9a_DSC3126.jpg;
9a_DSC3127.jpg;
9a_DSC3132.jpg;
9a_DSC3141.jpg;
9a_DSC3142.jpg;
9a_DSC3145.jpg;
9a_DSC3146.jpg;
9a_DSC3147.jpg;
9a_DSC3158.jpg;
9a_DSC3159.jpg;
9a_DSC3162.jpg;
9a_DSC3163.jpg;
9a_DSC3167.jpg;
9a_DSC3170.jpg;
9a_DSC3175.jpg;
9a_DSC3176.jpg;
9a_DSC3177.jpg;
9a_DSC3179.jpg;
9a_DSC3180.jpg;
9a_DSC3186.jpg;
9a_DSC3190.jpg;
9a_DSC3191.jpg;
9a_DSC3193.jpg;
9a_DSC3195.jpg;
9a_DSC3197.jpg;
9a_DSC3199.jpg;
9a_DSC3201.jpg;
9a_DSC3202.jpg;
9a_DSC3205.jpg;
9a_DSC3208.jpg;
9a_DSC3209.jpg;
9a_DSC3212.jpg;
9a_DSC3213.jpg;
9a_DSC3214.jpg;

9a_DSC3217.jpg;
9a_DSC3219.jpg;
9a_DSC3223.jpg;
9a_DSC3227.jpg;
9a_DSC3228.jpg;
9a_DSC3229.jpg;
9a_DSC3230.jpg;
9a_DSC3232.jpg;
9a_DSC3239.jpg;
9a_DSC3241.jpg;
9a_DSC3242.jpg;
9a_DSC3243.jpg;
9a_DSC3244.jpg;
9a_DSC3248.jpg;
9a_DSC3255.jpg;
9a_DSC3257.jpg;
9a_DSC3258.jpg;

9a_DSC2918.jpg;
9a_DSC2919.jpg;
9a_DSC2921.jpg;
9a_DSC2922.jpg;
9a_DSC2926.jpg;
9a_DSC2927.jpg;
9a_DSC2928.jpg;
9a_DSC2929.jpg;
9a_DSC2937.jpg;
9a_DSC2938.jpg;
9a_DSC2954.jpg;
9a_DSC2955.jpg;
9a_DSC2956.jpg;
9a_DSC2957.jpg;
9a_DSC2959.jpg;
9a_DSC2961.jpg;
9a_DSC2963.jpg;
9a_DSC2964.jpg;
9a_DSC2969.jpg;
9a_DSC2971.jpg;
9a_DSC2972.jpg;
9a_DSC2974.jpg;
9a_DSC2975.jpg;
9a_DSC2978.jpg;
9a_DSC2979.jpg;
9a_DSC2983.jpg;
9a_DSC2984.jpg;
9a_DSC2986.jpg;
9a_DSC2987.jpg;
9a_DSC2991.jpg;
9a_DSC2992.jpg;
9a_DSC2998.jpg;
9a_DSC3002.jpg;
9a_DSC3006.jpg;
9a_DSC3007.jpg;
9a_DSC3009.jpg;
9a_DSC3011.jpg;
9a_DSC3013.jpg;
9a_DSC3015.jpg;
9a_DSC3016.jpg;

*0000VAU0012298681208*

9a__DSC3017.jpg;
9a__DSC3018.jpg;
9a__DSC3019.jpg;
9a__DSC3020.jpg;
9a__DSC3022.jpg;
9a__DSC3023.jpg;
9a__DSC3027.jpg;
9a__DSC3030.jpg;
9a__DSC3031.jpg;
9a__DSC3032.jpg;
9a__DSC3034.jpg;
9a__DSC3036.jpg;
9a__DSC3039.jpg;
9a__DSC3041.jpg;
9a__DSC3043.jpg;
9a__DSC3046.jpg;
9a__DSC3048.jpg;
9a__DSC3049.jpg;
9a__DSC3050.jpg;
9a__DSC3051.jpg;
9a__DSC3052.jpg;
9a__DSC3053.jpg;
9a__DSC3054.jpg;
9a__DSC3055.jpg;
9a__DSC3057.jpg;
9a__DSC3058.jpg;
9a__DSC3059.jpg;
9a__DSC3060.jpg;
9a__DSC3061.jpg;
9a__DSC3062.jpg;
9a__DSC3063.jpg;
9a__DSC3065.jpg;
9a__DSC3067.jpg;
9a__DSC3068.jpg;
9a__DSC3069.jpg;

8__DSC2570.jpg;
8__DSC2580.jpg;
9a__DSC2605.jpg;
9a__DSC2608.jpg;
9a__DSC2610.jpg;
9a__DSC2614.jpg;
9a__DSC2615.jpg;
9a__DSC2616.jpg;
9a__DSC2619.jpg;
9a__DSC2621.jpg;
9a__DSC2622.jpg;
9a__DSC2636.jpg;
9a__DSC2637.jpg;
9a__DSC2640.jpg;
9a__DSC2644.jpg;
9a__DSC2648.jpg;
9a__DSC2649.jpg;
9a__DSC2653.jpg;
9a__DSC2655.jpg;
9a__DSC2657.jpg;
9a__DSC2659.jpg;
9a__DSC2661.jpg;

9a__DSC2665.jpg;
9a__DSC2668.jpg;
9a__DSC2669.jpg;
9a__DSC2679.jpg;
9a__DSC2683.jpg;
9a__DSC2693.jpg;
9a__DSC2698.jpg;
9a__DSC2699.jpg;
9a__DSC2703.jpg;
9a__DSC2707.jpg;
9a__DSC2709.jpg;
9a__DSC2710.jpg;
9a__DSC2718.jpg;
9a__DSC2721.jpg;
9a__DSC2722.jpg;
9a__DSC2731.jpg;
9a__DSC2734.jpg;
9a__DSC2747.jpg;
9a__DSC2750.jpg;
9a__DSC2751.jpg;
9a__DSC2752.jpg;
9a__DSC2754.jpg;
9a__DSC2755.jpg;
9a__DSC2758.jpg;
9a__DSC2762.jpg;
9a__DSC2764.jpg;
9a__DSC2769.jpg;
9a__DSC2775.jpg;
9a__DSC2780.jpg;
9a__DSC2781.jpg;
9a__DSC2787.jpg;
9a__DSC2791.jpg;
9a__DSC2800.jpg;
9a__DSC2808.jpg;
9a__DSC2813.jpg;
9a__DSC2818.jpg;
9a__DSC2828.jpg;
9a__DSC2855.jpg;
9a__DSC2858.jpg;
9a__DSC2870.jpg;
9a__DSC2871.jpg;
9a__DSC2877.jpg;
9a__DSC2887.jpg;
9a__DSC2889.jpg;
9a__DSC2890.jpg;
9a__DSC2891.jpg;
9a__DSC2893.jpg;
9a__DSC2896.jpg;
9a__DSC2899.jpg;
9a__DSC2903.jpg;
9a__DSC2907.jpg;
9a__DSC2914.jpg;
9a__DSC2916.jpg;

8__DSC2309.jpg;
8__DSC2312.jpg;
8__DSC2315.jpg;
8__DSC2316.jpg;

*0000VAU001229868120 9*

8__DSC2317.jpg;
8__DSC2318.jpg;
8__DSC2320.jpg;
8__DSC2321.jpg;
8__DSC2323.jpg;
8__DSC2324.jpg;
8__DSC2326.jpg;
8__DSC2327.jpg;
8__DSC2330.jpg;
8__DSC2333.jpg;
8__DSC2335.jpg;
8__DSC2336.jpg;
8__DSC2337.jpg;
8__DSC2341.jpg;
8__DSC2343.jpg;
8__DSC2344.jpg;
8__DSC2347.jpg;
8__DSC2351.jpg;
8__DSC2364.jpg;
8__DSC2371.jpg;
8__DSC2373.jpg;
8__DSC2387.jpg;
8__DSC2391.jpg;
8__DSC2401.jpg;
8__DSC2403.jpg;
8__DSC2407.jpg;
8__DSC2412.jpg;
8__DSC2425.jpg;
8__DSC2427.jpg;
8__DSC2429.jpg;
8__DSC2433.jpg;
8__DSC2434.jpg;
8__DSC2435.jpg;
8__DSC2436.jpg;
8__DSC2438.jpg;
8__DSC2439.jpg;
8__DSC2441.jpg;
8__DSC2442.jpg;
8__DSC2444.jpg;
8__DSC2445.jpg;
8__DSC2455.jpg;
8__DSC2456.jpg;
8__DSC2460.jpg;
8__DSC2464.jpg;
8__DSC2465.jpg;
8__DSC2477.jpg;
8__DSC2491.jpg;
8__DSC2496.jpg;
8__DSC2497.jpg;
8__DSC2503.jpg;
8__DSC2504.jpg;
8__DSC2505.jpg;
8__DSC2524.jpg;
8__DSC2526.jpg;
8__DSC2528.jpg;
8__DSC2529.jpg;
8__DSC2531.jpg;
8__DSC2534.jpg;

8__DSC2543.jpg;
8__DSC2546.jpg;
8__DSC2547.jpg;
8__DSC2553.jpg;
8__DSC2554.jpg;
8__DSC2556.jpg;
8__DSC2558.jpg;
8__DSC2559.jpg;
8__DSC2560.jpg;
8__DSC2561.jpg;
8__DSC2566.jpg;
8__DSC2567.jpg;
8__DSC2569.jpg;

5_DSC_1975.jpg;
5_DSC_1977.jpg;
5_DSC_1978.jpg;
5_DSC_1979.jpg;
5_DSC_1980.jpg;
5_DSC_1990.jpg;
5_DSC_1991.jpg;
5_DSC_1992.jpg;
5_DSC_1998.jpg;
5_DSC_1999.jpg;
5_DSC_2005.jpg;
5_DSC_2006.jpg;
5_DSC_2007.jpg;
5_DSC_2013.jpg;
5_DSC_2018.jpg;
5_DSC_2021.jpg;
5_DSC_2022.jpg;
5_DSC_2023.jpg;
5_DSC_2036.jpg;
5_DSC_2043.jpg;
5_DSC_2052.jpg;
5_DSC_2056.jpg;
5_DSC_2058.jpg;
5_DSC_2060.jpg;
5_DSC_2061.jpg;
5_DSC_2062.jpg;
5_DSC_2063.jpg;
5_DSC_2068.jpg;
5_DSC_2070.jpg;
5_DSC_2071.jpg;
5_DSC_2074.jpg;
5_DSC_2075.jpg;
5_DSC_2085.jpg;
5_DSC_2093.jpg;
5_DSC_2104.jpg;
5_DSC_2119.jpg;
5_DSC_2120.jpg;
5_DSC_2121.jpg;
5_DSC_2122.jpg;
5_DSC_2123.jpg;
5_DSC_2124.jpg;
5_DSC_2125.jpg;
6__DSC2134.jpg;
6__DSC2167.jpg;

*0000VAU001229868121O*

6__DSC2176.jpg;
6__DSC2177.jpg;
6__DSC2178.jpg;
6__DSC2179.jpg;
6__DSC2182.jpg;
6__DSC2183.jpg;
6__DSC2185.jpg;
6__DSC2188.jpg;
6__DSC2190.jpg;
6__DSC2191.jpg;
8__DSC2200.jpg;
8__DSC2201.jpg;
8__DSC2205.jpg;
8__DSC2206.jpg;
8__DSC2208.jpg;
8__DSC2210.jpg;
8__DSC2214.jpg;
8__DSC2217.jpg;
8__DSC2219.jpg;
8__DSC2226.jpg;
8__DSC2229.jpg;
8__DSC2262.jpg;
8__DSC2264.jpg;
8__DSC2273.jpg;
8__DSC2274.jpg;
8__DSC2279.jpg;
8__DSC2292.jpg;
8__DSC2293.jpg;
8__DSC2302.jpg;
8__DSC2303.jpg;
8__DSC2304.jpg;

4_DSC_1732.jpg;
4_DSC_1734.jpg;
4_DSC_1735.jpg;
4_DSC_1737.jpg;
4_DSC_1739.jpg;
4_DSC_1745.jpg;
4_DSC_1747.jpg;
4_DSC_1748.jpg;
4_DSC_1749.jpg;
4_DSC_1751.jpg;
4_DSC_1752.jpg;
4_DSC_1753.jpg;
4_DSC_1755.jpg;
4_DSC_1762.jpg;
4_DSC_1765.jpg;
4_DSC_1768.jpg;
4_DSC_1770.jpg;
4_DSC_1775.jpg;
4_DSC_1806.jpg;
4_DSC_1807.jpg;
4_DSC_1820.jpg;
4_DSC_1832.jpg;
4_DSC_1843.jpg;
4_DSC_1855.jpg;
4_DSC_1856.jpg;
4_DSC_1857.jpg;

Case 1:26-cv-12101 Document #: 1-1 Filed: 10/21/26 Page 24 of 45 PageID #:73

5_DSC_1889.jpg;
5_DSC_1902.jpg;
5_DSC_1905.jpg;
5_DSC_1907.jpg;
5_DSC_1908.jpg;
5_DSC_1910.jpg;
5_DSC_1914.jpg;
5_DSC_1916.jpg;
5_DSC_1917.jpg;
5_DSC_1921.jpg;
5_DSC_1922.jpg;
5_DSC_1923.jpg;
5_DSC_1925.jpg;
5_DSC_1928.jpg;
5_DSC_1929.jpg;
5_DSC_1930.jpg;
5_DSC_1933.jpg;
5_DSC_1951.jpg;
5_DSC_1952.jpg;
5_DSC_1953.jpg;
5_DSC_1970.jpg;
5_DSC_1972.jpg;
5_DSC_1973.jpg;
5_DSC_1974.jpg;

The_Parkshore_Condominium_Chicago_aerialdsc_0772.jpg;
Thornton_Quarry_aerial_dsc3846.jpg;
Thornton_Quarry_aerial_dsc3847.jpg;
Thornton_Quarry_aerial_dsc3849.jpg;
Thornton_Quarry_aerial_dsc3850.jpg;
Thornton_Quarry_aerialdsc_0253.jpg;
Thornton_Quarry_aerialdsc_0259.jpg;
University_of_Chicago_Booth_School_aerial_Midway_Plaisance_Parkdsc_0526.jpg;
Valparaiso_Market_Place_Shopping_Center_aerialdsc_0231.jpg;
Waldorf_Astoria_Chicago_dsc2181.jpg;
Waldorf_Astoria_Chicago_pool_dsc2192.jpg;
Wrigley_Field_Chicago_aerialdsc_1044.jpg;
Wrigley_Field_Chicago_aerialdsc_1056.jpg;
Wrigley_Field_Chicago_aerialdsc_1061.jpg;
Wrigley_Global_Innovation_Center_Chicago_aerialdsc_1091.jpg;
Wyndham_Grand_Chicago_Riverfrontdsc_1652.jpg;
4_DSC_1633.jpg;
4_DSC_1639.jpg;
4_DSC_1641.jpg;
4_DSC_1644.jpg;
4_DSC_1659.jpg;
4_DSC_1664.jpg;
4_DSC_1667.jpg;
4_DSC_1668.jpg;
4_DSC_1669.jpg;
4_DSC_1672.jpg;
4_DSC_1673.jpg;
4_DSC_1677.jpg;
4_DSC_1679.jpg;
4_DSC_1680.jpg;
4_DSC_1681.jpg;
4_DSC_1683.jpg;

*0000VAU001229868121*

4_DSC_1684.jpg;
4_DSC_1689.jpg;
4_DSC_1690.jpg;
4_DSC_1691.jpg;
4_DSC_1694.jpg;
4_DSC_1701.jpg;
4_DSC_1702.jpg;
4_DSC_1704.jpg;
4_DSC_1708.jpg;
4_DSC_1709.jpg;
4_DSC_1711.jpg;
4_DSC_1716.jpg;
4_DSC_1718.jpg;
4_DSC_1720.jpg;
4_DSC_1721.jpg;
4_DSC_1729.jpg;
4_DSC_1730.jpg;
4_DSC_1731.jpg;

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** David Gordon Oppenheimer
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1970

## Copyright Claimant

**Copyright Claimant:** David Gordon Oppenheimer
P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

**Organization Name:** Performance Impressions LLC
**Name:** David Gordon Oppenheimer
**Email:** dave@performanceimpressions.com
**Telephone:** (828)273-9339
**Alt. Telephone:** (914)834-7030
**Address:** P.O. Box 8105
Asheville, NC 28814 United States

## Certification

**Name:** David Gordon Oppenheimer

**Date**: July 26, 2015

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Unpublished Collection

*0000VAU001229868 1212*

# EXHIBIT 2



# EXHIBIT 3


© 2015 David Oppenheimer

# Soldier Field Stadium in Chicago Aerial Photo




Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - https://performanceimpressions.com

© 2015 David Oppenheimer

EXPLORE MORE:

Chicago Illinois

WATCH SLIDESHOW VIEW FULL GALLERY

LICENSE THIS IMAGE BUY THIS PRINT

TO DETAILS

flickr.com/photos/livemusicphotography/20663878136

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups

Log In Sign Up

Back to photostream




David Oppenh...

PRO David Op...

Follow

**Soldier Field Stadium in Chicago Aerial Photo**

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments

Uploaded on August 19, 2015

Taken on July 2, 2015

Nikon D4S

14.0 mm f/2.8

Show settings

South Loop, Chicago, Illinois




## Comments (0)

This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

64°F
Mostly cloudy

Search

1:18 AM
9/30/2026

flickr.com/photos/livemusicphotography/20663878136

flickr Explore MODE Get Pro Photos, people, or groups Log In Sign Up

← Back to photostream






## Camera settings

Nikon D4S
14.0 mm f/2.8

ƒ/5.6 | 14.0 mm
1/640 | ISO 400
Flash (off, did not fire) | Hide EXIF

Compression - JPEG (old-style)

Image Description - Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - http://www.performanceimpressions.com

Make - NIKON CORPORATION

Orientation - Horizontal (normal)

X-Resolution - 300 dpi

Y-Resolution - 300 dpi

Software - Adobe Photoshop CC 2015 (Windows)

Date and Time (Modified) - 2015:08:17 16:12:38

Artist - David G. Oppenheimer

YCbCr Positioning - Centered

Copyright - © 2015 David Oppenheimer

ISO Speed - 400

Sensitivity Type - Recommended Exposure Index

Exif Version - 0230

Date and Time (Original) - 2015:07:02 09:47:37

Date and Time (Digitized) - 2015:07:02 09:47:37

Components Configuration - Y, Cb, Cr, -

Exposure Bias - 0 EV

Max Aperture Value - 2.8

Metering Mode - Multi-segment

Light Source - Unknown

David Oppenh... Follow
PRO David Op...

**Soldier Field Stadium in Chicago Aerial Photo**

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments
Uploaded on August 19, 2015
Taken on July 2, 2015

Nikon D4S
14.0 mm f/2.8
Show settings

South Loop, Chicago, Illinois




Comments (0)

This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

64°F Mostly cloudy Search 1:19 AM 9/30/2026

flickr.com/photos/livemusicphotography/20663878136

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups Log In Sign Up

Back to photostream



## Camera settings

Sub Sec Time Original - 79
Sub Sec Time Digitized - 79
Color Space - Uncalibrated
Focal Plane X-Resolution - 1368.888889
Focal Plane Y-Resolution - 1368.888889
Focal Plane Resolution Unit - cm
Sensing Method - One-chip color area
File Source - Digital Camera
Scene Type - Directly photographed
CFAPattern - [Red,Green][Green,Blue]
Custom Rendered - Normal
Exposure Mode - Manual
White Balance - Auto
Digital Zoom Ratio - 1
Focal Length (35mm format) - 14 mm
Scene Capture Type - Standard
Gain Control - Low gain up
Contrast - Normal
Saturation - Normal
Sharpness - Normal
Subject Distance Range - Unknown
Lens Info - 14mm f/2.8
Lens Model - 14.0 mm f/2.8
GPS Version ID - 2.3.0.0
GPS Latitude Ref - North
GPS Latitude - 41 deg 51' 33.98"
GPS Longitude Ref - West
GPS Longitude - 87 deg 37' 1.96"
GPS Altitude Ref - Above Sea Level
GPS Altitude - 413 m
GPS Time Stamp - 15:47:38
GPS Satellites - 06




David Oppenh... PRO David Op... Follow

**Soldier Field Stadium in Chicago Aerial Photo**

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments
Uploaded on August 19, 2015
Taken on July 2, 2015

Nikon D4S
14.0 mm f/2.8
Show settings

South Loop, Chicago, Illinois




Comments (0)

This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

64°F Mostly cloudy Search 1:19 AM 9/30/2026

flickr.com/photos/livemusicphotography/20663878136

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups

Log In Sign Up

Back to photostream



## Camera settings

GPS Satellites - 06

GPS Map Datum - WGS 84

GPS Date Stamp - 2015:07:02

Coded Character Set - UTF8

Envelope Record Version - 4

Application Record Version - 4

Object Name - Soldier Field Stadium in Chicago Aerial Photo

Keywords - Soldier Field

Special Instructions - No unauthorized use without a written license from David Oppenheimer or Performance Impressions LLC.

Date Created - 2015:02:07

Time Created - 00:00:00+00:00

Digital Creation Date - 2015:07:02

By-line - David G. Oppenheimer

By-line Title - Photographer

City - Chicago

Sub-location - Soldier Field

Province- State - Illinois

Country- Primary Location Code - USA

Country- Primary Location Name - United States

Original Transmission Reference - Soldier Field, stadium, Chicago,

Headline - Soldier Field Stadium and Chicago Skyline Aerial Photo

Credit - David Oppenheimer

Source - Performance Impressions

Copyright Notice - © 2015 David Oppenheimer

Caption- Abstract - Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - http://www.performanceimpressions.com

Writer- Editor - David Oppenheimer

Copyright Flag - True

URL - http://www.performanceimpressions.com/

Global Angle - 30




David Oppenh...

PRO David Op...

Follow

Soldier Field Stadium in Chicago Aerial Photo

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments

Uploaded on August 19, 2015

Taken on July 2, 2015

Nikon D4S

14.0 mm f/2.8

Show settings

South Loop, Chicago, Illinois




Comments (0)

This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

64°F Mostly cloudy

Search

1:20 AM 9/30/2026

flickr.com/photos/livemusicphotography/20663878136

Incognito

flickr Explore MODE Get Pro

Photos, people, or groups

Log In Sign Up

Back to photostream



## Camera settings

Location - Soldier Field

Scene - 011200

Subject Code - 01002000

Approximate Focus Distance - infinity

Distortion Correction Already Applied - True

Image Number - 20178

Lens ID - 107

Vignette Correction Already Applied - True

Creator - David G. Oppenheimer

Description - Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - http://www.performanceimpressions.com

Format - image/jpeg

Rights - © 2015 David Oppenheimer

Subject - Soldier Field

Title - Soldier Field Stadium in Chicago Aerial Photo

Serial Number - 2002853

Lens Info - 14mm f/2.8

Authors Position - Photographer

Caption Writer - David Oppenheimer

City - Chicago

Color Mode - RGB

Country - United States

Credit - David Oppenheimer

Headline - Soldier Field Stadium and Chicago Skyline Aerial Photo

ICCProfile Name - Adobe RGB (1998)

Instructions - No unauthorized use without a written license from David Oppenheimer or Performance Impressions LLC.

Source - Performance Impressions

State - Illinois

Transmission Reference - Soldier Field, stadium, Chicago, Chicago aerial, Chicago aerial photo, aerial, photography, Cook County, downtown, cityscape, Lake Michigan, architecture, 1-2586728542, tickets, arena, show, concert, game

David Oppenh...
PRO David Op...
Follow

**Soldier Field Stadium in Chicago Aerial Photo**

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments

Uploaded on August 19, 2015

Taken on July 2, 2015

Nikon D4S
14.0 mm f/2.8
Show settings

South Loop, Chicago, Illinois




Comments (0)

This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

Flood outlook
In effect

Search

1:20 AM
9/30/2026

flickr.com/photos/livemusicphotography/20663878136

flickr Explore MODE Get Pro

Log In Sign Up

Back to photostream



## Camera settings

ICCProfile Name - Adobe RGB (1998)

Instructions - No unauthorized use without a written license from David Oppenheimer or Performance Impressions LLC.

Source - Performance Impressions

State - Illinois

Transmission Reference - Soldier Field, stadium, Chicago, Chicago aerial, Chicago aerial photo, aerial, photography, Cook County, downtown, cityscape, Lake Michigan, architecture, 1-2586728542, tickets, arena, show, concert, game, Chicago Bears, city, 2015, July, 410 S Museum Campus Drive, Chicago Park District, Municipal Grant Park Stadium, Soldier Field aerial, Grateful Dead, football stadium, Gold Star Families Park & Memorial, skyline,

Creator Tool - Adobe Photoshop CC 2015 (Windows)

Metadata Date - 2015:08:17 16:12:38-04:00

Rating - 0

Derived From Document ID - xmp.did:46513210-6108-f743-9c91-64c24410626c

Derived From Instance ID - xmp.iid:46513210-6108-f743-9c91-64c24410626c

Derived From Original Document ID - C043E33A5B9ABC03CEC0663D301E832F

Document ID - adobe:docid:photoshop:412ca0d9-451c-11e5-aa83-8a9aaabdb31c

Instance ID - xmp.iid:d9f7e2db-e92e-bc40-af22-0ea8cd76fb68

Original Document ID - C043E33A5B9ABC03CEC0663D301E832F

Marked - True

Usage Terms - All Rights Reserved - No use permitted without a written license from David Oppenheimer or Performance Impressions LLC

Web Statement - http://www.performanceimpressions.com/

Camera ID - 72157629119492537

Camera Type - Digital SLR




South Loop, Chicago, Illinois




Comments (0)

David Oppenh...
PRO David Op...
Follow

Soldier Field Stadium in Chicago Aerial Photo

Soldier Field stadium and Chicago skyline aerial photo taken on July 2, 2015 - © 2015 David Oppenheimer - Performance Impressions photography archives - www.performanceimpressions.com

2,267 views • 7 faves • 0 comments

Uploaded on August 19, 2015

Taken on July 2, 2015

Nikon D4S

14.0 mm f/2.8

Show settings

South Loop, Chicago, Illinois




This site uses cookies to improve your experience and to help show content that is more relevant to your interests. By using this site, you agree to the use of cookies by Flickr and our partners as described in our cookie policy.

Flood outlook
In effect

Search

1:21 AM
9/30/2026

# EXHIBIT 4

Captured at: 2023/12/19 12:57 PM URL: https://www.vadernational.com/entertainment-hospitality



MARKETS

# ENTERTAINMENT & HOSPITALITY




Licensed in Illinois, Wisconsin, Iowa, Indiana Ohio and Kansas



(872) 222-8141 | info@vadernational.com
145 Eastern Ave, Bellwood, IL 60104

Captured at: 12/19/2023, 12:56 PM

URL: https://images.squarespace-cdn.com/content/v1/58de3355d1758e1908ebd000/1490974796915-OBDZVN20D7653662OA1F/HOS+1.jpg



Captured at: 03/16/2026 01:57 PM



URL: https://images.squarespace-cdn.com/content/v1/58de3355d1758e1908ebd000/1490974796915-OBDZVN20D7653662OA1F/HOS+1.jpg

